# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: LUCIOUS WILLIAMS                    NO.   2024 CW 0613


**AUGUST 12, 2024**

---

In Re:     Lucious Williams, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           668007.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

                              **EW**
                              **SMM**

     **Greene, J.,** would issue an interim order to supplement this
writ application with the March 11, 2024 hearing transcript on the
motion for summary judgment.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT